IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Criminal Action: 13-cr-00085-RBJ | Date: August 14, 2014 |
| Courtroom Deputy: Julie Dynes | Court Reporter: Kara Spitler |
| Interpreter: N/A | Probation: Andrea Bell |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *Barbara Skalla* |
| v. | |
| 2. GEORGE LUIS PEDROZA<br>**Defendant(s)** | *Alaurice Tafoya-Modi* |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**  10:04 a.m.

Appearances of counsel.  Defendant present in custody.

Argument given on sentencing.

**ORDERED:**  Objections to the presentence investigation report are **SUSTAINED in part and DENIED** in part.

[302] Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. §3E1.1(b) is **GRANTED.**

[307] Government's Amended Motion for Downward Departure Pursuant to U.S.S.G. §5K1 and 18 U.S.C. §3553(e) is **GRANTED.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**  Defendant shall be **imprisoned** for **98 months** as to Count 1 of the Indictment, consecutive to case 12cr1997 in Denver District Court.

        Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **5 years**.

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall not illegally possess controlled substances. Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, if needed and as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.
- (**X**) The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.

Court RECOMMENDS that defendant receive credit for all time served in federal custody on this case.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility in Colorado and recommends that he be allowed to participate in a program for treatment of drug abuse (RDAP).

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

        No fine is imposed.

        Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

        Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess:** 11:21 a.m.          Hearing concluded.          Total time:     01:17